```
BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
BRENDA M. PULLIN
Special Assistant United States Attorney
Social Security Administration

    333 Market Street, Suite 1500
    San Francisco, California  94105
    Telephone:  (415) 977-8975
    Facsimile:  (415) 744-0134
    E-Mail:Brenda.Pullin@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KAEDEEN DOPPLEMAYR, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | CASE NO. 2:11-CV-02409-GGH <br><br> STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION |

The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 45 days to file his cross-motion for summary judgment.

The extension is being sought due to defendant's counsel's litigation workload during the past month combined with the length of the administrative record in this case. Unfortunately, reduced staffing makes reassignment of the case to another attorney an impossibility, as no other attorney is available to take on additional duties. Several senior attorneys have left the regional counsel's office and have not been replaced due to the hiring freeze.

In addition, the San Francisco regional counsel's office will be relocating to new office space during the last two weeks of March, further disrupting workloads and scheduling. The upcoming office move has required significant advance preparation and packing, and may disrupt server and online access during and after the move.

Given these constraints, the Commissioner respectfully requests 45 additional days in which to complete the Commissioner's cross-motion for summary judgment. The new due date will be April 20, 2012.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 9, 2012

*/s/ Richard Allen Shore*
(As authorized via e-mail)
RICHARD ALLEN SHORE
Attorney for Plaintiff

Dated: March 8, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ *Brenda M. Pullin*
BRENDA M. PULLIN
Special Assistant U.S. Attorney

No further extensions.

IT IS SO ORDERED:

Dated: March 19, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

2