1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA CALVERT
   Acting Regional Chief Counsel, Region IX
3  BRENDA M. PULLIN
   Special Assistant United States Attorney
4  Social Security Administration

5      160 Spear Street, Suite 800
       San Francisco, California  94105
6      Telephone:  (415) 977-8975
       Facsimile:  (415) 744-0134
7      E-Mail:Brenda.Pullin@ssa.gov

8  Attorneys for Defendant

9                        UNITED STATES DISTRICT COURT

10                       EASTERN DISTRICT OF CALIFORNIA

11                             SACRAMENTO DIVISION

12

13 KAEDEAN DOPPELMAYR,            )
                                  )    CASE NO. 2:11-CV-02409-GGH
14        Plaintiff,              )
                                  )
15        v.                      )    STIPULATION AND ORDER FOR SECOND
                                  )    EXTENSION OF TIME TO FILE
16 MICHAEL J. ASTRUE,             )    DEFENDANT'S CROSS-MOTION
   Commissioner of Social Security,)
17                                )
          Defendant.              )
18 _____)

19

20

21      The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance

22 of the attached Order, that Defendant shall have a second extension of time of 30 days to file his

23 cross-motion for summary judgment.

24      The extension is being sought due to defendant's counsel's workload during the past month

25 coupled with the Social Security Regional Counsel's office move at the end of March 2012—with all the

26 associated preparations, organization, meetings, packing, and unpacking—which have taken more of

27 counsel's time than projected.  Defendant's counsel was responsible for moving her own office as well

28 as helping to pack and move common office areas such as the fax and mail center, file areas, and

unoccupied cubicles.  In addition, after the move, unpacking and technological setup/troubleshooting of computer equipment has required additional unanticipated time and IT assistance before counsel's office has become fully functional.

Given these constraints, along with counsel's existing workload, the Commissioner respectfully requests 30 additional days in which to complete the Commissioner's cross-motion.  The new due date will be May 21, 2012.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 24, 2012

/s/ *Richard A. Shore*
(As authorized via e-mail)
RICHARD A. SHORE
Attorney for Plaintiff

Dated: April 24, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ *Brenda M. Pullin*
BRENDA M. PULLIN
Special Assistant U.S. Attorney

*No further extensions will be approved.*

IT IS SO ORDERED:

Dated: April 27, 2012

   /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

2