BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
BRENDA M. PULLIN
Special Assistant United States Attorney
Social Security Administration

    160 Spear Street, Suite 800
    San Francisco, California  94105
    Telephone:  (415) 977-8975
    Facsimile:  (415) 744-0134
    E-Mail:Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KAEDEAN DOPPELMAYR,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 2:11-CV-02409-GGH<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION |

    The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a second extension of time of 30 days to file his cross-motion for summary judgment.

    The extension is being sought due to defendant's counsel's workload during the past month coupled with the Social Security Regional Counsel's office move at the end of March 2012—with all the associated preparations, organization, meetings, packing, and unpacking—which have taken more of counsel's time than projected.  Defendant's counsel was responsible for moving her own office as well as helping to pack and move common office areas such as the fax and mail center, file areas, and

unoccupied cubicles.  In addition, after the move, unpacking and technological setup/troubleshooting of computer equipment has required additional unanticipated time and IT assistance before counsel's office has become fully functional.

Given these constraints, along with counsel's existing workload, the Commissioner respectfully requests 30 additional days in which to complete the Commissioner's cross-motion.  The new due date will be May 21, 2012.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 24, 2012

/s/ Richard A. Shore
(As authorized via e-mail)
RICHARD A. SHORE
Attorney for Plaintiff

Dated: April 24, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Brenda M. Pullin
BRENDA M. PULLIN
Special Assistant U.S. Attorney

*No further extensions will be approved.*

IT IS SO ORDERED:

Dated: April 27, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE